[No. 36481-6-II. Division Two. November 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL WILLIAM CUNNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-00443-9, Vicki L. Hogan, J., entered June 15, 2007. *Remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 36566-9-II. Division Two. November 12, 2008.]

JAMES MATTHEW CARAHER, *Respondent*, v. DMITRIY S. CHERNICHENKO ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-06693-1, Ronald E. Culpepper, J., entered July 6, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 36727-1-II. Division Two. November 12, 2008.]

LEANNA SHIPP, *Appellant*, v. MASON GENERAL HOSPITAL FOUNDATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-2-00042-2, James B. Sawyer II, J., entered August 22, 2007. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 36745-9-II. Division Two. November 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL DUANE EASTMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00212-4, Nelson E. Hunt, J., entered September 12, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ.